CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 15 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JOHN E. LONEWOLF, | ) |
| | ) |
| Plaintiff | ) Civil Action No. 5:18cv00004 |
| v. | ) |
| | ) |
| SGT. STEVE GARRETT, | ) By: Hon. Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant | ) |

### ORDER

The plaintiff has notified the court that by agreement of the parties and pursuant to Rule 41(a)(1)(ii), he moves to dismiss this case with prejudice. Each party shall bear his own attorney's fees and costs. Accordingly, it is **ORDERED** that plaintiff's cause of action is **DISMISSED** with prejudice and this matter is **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 10/14/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge